# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

UNITED STATES OF AMERICA    )  Case No.: 10-238-N-EJL
               )
vs.             )  **APPLICATION FOR WRIT OF**
               )  **HABEAS CORPUS**
CHRISTOPHER M. DOYLE     )

    The undersigned Assistant United States Attorney for the District of Idaho hereby makes application to the Court for the issuance of a Writ of Habeas Corpus:

    (✓) ad Prosequendum    ( ) ad Testificandum

Name of Detainee: CHRISTOPHER M. DOYLE
_____

California DOC # for Doyle: AK7404
_____

Custodian: Warden Terri Gonzalez, California Men's Colony (CMC)
_____

Highway 1            at San Luis Obispo, CA
_____

Detainee is: (✓) charged in this District by _____ Indictment _____
              (Indictment/Information/Complaint)

    **or**

  ( ) is a witness not otherwise available by the ordinary process of the Court.

Appearance is necessary on: _____ August 21, 2012, 3:30 pm, Pacific Time _____

    Before: _____ Chief United States Magistrate Judge Candy W. Dale _____
               (Judicial Officer)

DATED: _____ July 10, 2012 _____  _(signature)_

           Michael W. Mitchell
           Assistant United States Attorney

## WRIT OF HABEAS CORPUS

    (✓) ad Prosequendum    ( ) ad Testificandum

    The application is GRANTED and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee on the date and time listed above and for any further proceedings to be held in this cause. At the conclusion of these proceedings the United States Marshal shall return the detainee to the above-named custodian.

DATED: _____ July 10, 2012 _____  _(signature)_

           UNITED STATES MAGISTRATE JUDGE